No. 10–1193. MARTIN-MATERA ET VIR v. TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES ET AL., 563 U. S. 989. Motion for leave to file petition for rehearing denied.

No. 11–10619. HAQUE v. UNITED STATES, *ante*, p. 930. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

DECEMBER 11, 2012

No. 12–6979. ADAMS v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.

No. 12–307. UNITED STATES v. WINDSOR, EXECUTOR OF THE ESTATE OF SPYER, ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 1066.] Vicki C. Jackson, Esq., of Cambridge, Mass., is invited to brief and argue this case as *amicus curiae* in support of the positions that the Executive Branch's agreement with the court below that DOMA [Defense of Marriage Act] is unconstitutional deprives this Court of jurisdiction to decide this case, and that the Bipartisan Legal Advisory Group of the United States House of Representatives lacks Article III standing in this case.

No. 12–7628 (12A579). PARDO v. FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 12–7698 (12A590). PARDO v. PALMER, WARDEN, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.